Lori Ann DAVIDSON, Steven Lee Davidson, Plaintiffs–Appellants,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Defendant–Appellee.**

No. 10–15510
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 6, 2011.

Kerry C. Mcguinn, Jr., Michael S. Rywant, Rywant, Alvarez, Jones, Russo & Guyton, P.A., Tampa, FL, for Plaintiffs–Appellants.

John A. Guyton, III, Rywant, Alvarez, Jones, Russon & Guyton, P.A., Tampa, FL, B. Richard Young, Adam A. Duke, Young, Bill, Fugett & Roumbos, P.A., Pensacola, FL, for Defendant–Appellee.

Before TJOFLAT, EDMONDSON and PRYOR, Circuit Judges.

PER CURIAM:

This is an action by Government Employees Insurance Company ("GEICO") insureds, Lori Ann and Steve Davidson, in which the Davidsons allege that GEICO acted in bad faith in handling a personal injury claim against them and that such

bad faith action led to the entry of a judgment against them in excess of their insurance policy limits. The district court, in an order entered on October 26, 2010, granted GEICO summary judgment. The Davidsons appeal contending that material issues of fact exist which preclude summary judgment. We disagree. For the reasons the district court stated in its October 26 order, GEICO is not guilty of the bad faith the Davidsons allege.

AFFIRMED.